DANIEL McANERNEY et al., Respondents, *v.* GEORGE F. JOHNSON, Appellant, Impleaded with Others.

*McAnerney* v. *Bernstein*, 126 App. Div. 906, affirmed.
(Argued June 15, 1909; decided October 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 5, 1908, affirming a judgment in favor of plaintiffs entered

upon a decision of the court on trial at Special Term in an action to impress a trust upon certain funds.

*Alfred G. Reeves* for appellant.

*John A. Dutton* for respondents.

Judgment affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.